# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK MULLINS, | ) |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-18-394-F |
| SIEJA, et al., | ) |
| Respondent. | ) |

## ORDER

On April 30, 2018, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending petitioner's 28 U.S.C. § 2241 action, over which this court lacks jurisdiction, be transferred, pursuant to 28 U.S.C. § 1631, to the United States District Court for the Middle District of Florida. Magistrate Judge Erwin advised petitioner of his right to file an objection to the Report and Recommendation by May 17, 2018 and further advised petitioner that failure to make a timely objection waives the right to appellate review of both factual and legal issues therein contained.

To date, petitioner has not filed any objection to the recommended ruling. With no objection filed, the court finds that no further analysis is required. The court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin (doc. no. 8) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's 28 U.S.C. § 2241 action is **TRANSFERRED**, pursuant to 28 U.S.C. § 1631, to the United States District Court for the Middle District of Florida. In light of the court's ruling, petitioner's Motion for Leave to File List of

Exhibits (doc. no. 2), Motion for Leave to Proceed In Forma Pauperis (doc. no. 5) and Motion to Compel (doc. no. 7) are left for consideration by the transferee court.

IT IS SO ORDERED this 30th day of May, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0394p001.docx